IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

---

RICHARD SHUGARS and JAMES LEE, individually and on behalf of all others similarly situated,

Plaintiffs,

vs.-

MASONITE CORPORATION AND MASONITE INTERNATIONAL CORPORATION,

Defendants.

3:22-cv-1237 (MAD/ML)

---

## STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs Richard Shugars and James Lee ("Plaintiffs") and Masonite Corporation and Masonite International Corporation ("Defendants"), by and through their undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that this action be, and hereby is, voluntarily dismissed in its entirety without prejudice, and without costs or attorneys' fees. The Parties affirm that no party hereto is an infant or incompetent.

Dated: New York, New York
October 22, 2024

FITAPELLI & SCHAEFFER, LLP

By: _____
Brian S. Schaffer
Armando A. Ortiz
28 Liberty Street, 30th Floor
New York, NY 10005
Telephone: (212) 300-0375
bschaffer@fslawfirm.com
aortiz@fslawfirm.com

OGLETREE DEAKINS

By: _____
Robert Tucker
Brodie Herrman
599 Lexington Avenue
17th Floor
New York, New York 10022
Robert.tucker@ogletreedeakins.com
Brodie.herrman@ogletree.com

IT IS SO ORDERED:

_____
Mae A. D'Agostino
U.S. District Judge

Dated: October 24, 2024
Albany, NY